Joann Needleman
CLARK HILL PLC
One Commerce Square
2005 Market St., Suite 1000
Philadelphia, PA 19103
Tel: (215) 640-8536
Fax: (215) 640-8501
Email: jneedleman@clarkhill.com
Attorneys for Defendants
Equifax Information Services LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSE M. SCRIBONI,<br><br>                    Plaintiff,<br>       vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.<br><br>                    Defendants. | Case No. 1:17-cv-03315-JHR-JS |

**NOTICE OF SETTLEMENT**

Defendant, Equifax Information Services LLC ("Equifax") and Plaintiff Rose M. Scriboni hereby notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before June 12, 2017.

Respectfully submitted this 11th day of May, 2017.

By: /s/ Lewis G. Adler
Lewis G. Adler, Esq.
26 Newton Avenue
Woodbury, New Jersey 08096
Tel: (856) 845-1968
Attorney for Plaintiff Rose M. Scriboni

CLARK HILL PLC

By: /s/Joann Needleman
Joann Needleman
CLARK HILL PLC
One Commerce Square
2005 Market St., Suite 1000
Philadelphia, PA 19103
Tel: (215) 640-8536
Fax: (215) 640-8501
Email: jneedleman@clarkhill.com
Attorneys for Equifax Information Services LLC

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

Lewis G. Adler, Esq.
26 Newton Avenue
Woodbury, New Jersey 08096

Paul DePetris
Law Office of Paul DePetris
532 Route 70 West, 2nd Floor
Cherry Hill, New Jersey 08002
Counsel for Plaintiff

Jarrod D. Shaw, Esq.
MCGUIRE WOODS LLP
625 Liberty Avenue, 23rd Fl Pittsburgh, PA 15222
Counsel for Wells Fargo Bank, NA

Camille R. Nicodemus, Esq.
SHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Counsel for Trans Union, LLC

Dorothy A. Kowal
Price Meese Shulman & D'Armino, PC
50 Tice Boulevard
Woodcliff Lake, NJ 07677

Dated: May 11, 2017

                                                */s/Joann Needleman*
                                                Joann Needleman